IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER VILLARIAL,<br><br>        Plaintiff,<br>   v.<br><br>JO ANNE B. BARNHART,<br>**Commissioner of Social Security**,<br><br>        Defendant. | CV F 03-6126 AWI SMS<br><br>ORDER RE: FINDINGS AND RECOMMENDATIONS RE: PLAINTIFF'S SOCIAL SECURITY COMPLAINT (DOC. 25)<br><br>ORDER DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANT JO ANNE B. BARNHART AND AGAINST PLAINTIFF PETER VILLARIAL |

     Plaintiff is proceeding in forma pauperis and with counsel in an action seeking judicial review of a final decision of the Commissioner of Social Security (Commissioner) denying Plaintiff's application for Disability Insurance Benefits (DIB) and Supplemental Security Income (SSI). Plaintiff is represented by counsel. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b) and Local Rule 72-302(c)(15).

     On December 21, 2004, the Magistrate Judge filed Findings and a Recommendation that the Plaintiff's social security complaint be denied and that the Clerk be directed to enter judgment for Defendant Jo Anne B. Barnhart and against Plaintiff Peter Villarial. The Findings and Recommendation were served on all parties on December 21, 2004, and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order.

     On January 21, 2005, Plaintiff filed objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds that the Findings and Recommendation are supported by the record and proper analysis. The undersigned has considered the objections and has determined that there is no need to modify the Findings and Recommendations based on the points raised in the objections.

In the objections, Plaintiff contends that the Commissioner and Magistrate Judge did not address the issue of Plaintiff's pain when finding the Medical Vocational Guidelines could be used. The Commissioner found Plaintiff had engaged in several activities incompatible with the presence of a disabling level of pain and could control occasional headaches with Ibuprofen. Because the Commissioner made specific findings justifying the decision to discount Plaintiff's claim of pain, the Commissioner's negative credibility finding was supported by clear and convincing reasons and the Commissioner's determination must stand. See Johnson v. Shalala, 60 F.3d 1428, 1433 (9th Cir.1995). Having rejected Plaintiff's complaints of severe nonexertional pain, the Commissioner appropriately concluded that his nonexertional impairments were not significant enough to render the guidelines inapplicable. See Desrosiers v. Secretary, 846 F.2d 573, 576-77 (9th Cir.1988). Plaintiff also objects to the Magistrate Judge's finding that the Commissioner properly rejected the opinion of Plaintiff's treating physician and a portion of the consultative examining physician's opinion. The Commissioner properly supported his rejection of these physician's opinions by providing "specific, legitimate reasons . . . that [were] based on substantial evidence in the record." See Smolen v. Chater, 80 F.3d 1273, 1285 (9th Cir.1996) (internal quotations omitted). The Commissioner may reject the opinion of a treating physician if it is brief and conclusory, as was the case with Dr. Hysell's opinion. See Johnson, 60 F.3d at 1432; Matney v. Sullivan, 981 F.2d 1016, 1019 (9th Cir.1992). In addition, as cited by the Magistrate Judge, the Commissioner could consider the absence of supporting findings when rejecting Dr. Ostrem's opinion regarding Plaintiff's difficulties with his left hand.

1 | See Johnson, 60 F.3d at 1432.

      Accordingly, the court agrees with the Magistrate Judge's finding that the Commissioner's decision is supported by substantial evidence and is not based on legal error. The court will therefore affirm the Commissioner's decision. See Jones v. Heckler, 760 F.2d 993, 995 (9th Cir. 1985).   IT IS HEREBY ORDERED that:

    1.    The Findings and Recommendation filed December 21, 2004, are ADOPTED IN FULL; and

    2.    The Plaintiff's social security complaint IS DENIED; and

    3.    The Clerk of Court IS DIRECTED to enter judgment for Defendant Jo Anne B. Barnhart and against Plaintiff Peter Villarial.

IT IS SO ORDERED.

**Dated:   May 2, 2005**             **/s/ Anthony W. Ishii**
0m8i78             UNITED STATES DISTRICT JUDGE